

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

August 15, 2024

**CLERK, US DISTRICT COURT**
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re:  Derek Noftsger

Your No:  1:24-mj-00251
Our No:  2:24-mj-491

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 8/15/2024, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Misha Johnson,
Deputy Clerk